## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| CURT ADKISSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-146-JDK-JDL |
| | § | |
| SAFECO INSURANCE COMPANY OF | § | |
| INDIANA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

Defendant's motion for summary judgment is **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**So ordered and signed on this**

**Dec 9, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE